United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 17, 2023

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: Vanco Electric LLC

**Debtor(s)**

Case No.: 19–35011

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/17/23

_____
Christopher M. Lopez
United States Bankruptcy Judge